UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAU TAYLOR, | No.  2:14-cv-1156 CKD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

      Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff states she receives a gross amount of $3100 from a Cal PERS retirement from Napa State Hospital.  It is not clear from the affidavit whether this was a one-time lump sum payment or whether this amount is received on a monthly or yearly basis.  In addition, plaintiff indicates she owns a home but does not indicate the value of the home or the amount of the outstanding mortgage.  Plaintiff will be provided the opportunity to submit either a completed affidavit setting forth the requisite information or the appropriate filing fee.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff shall submit, within fourteen days from the date of this order, either a completed application and affidavit in support of her request to proceed in forma pauperis on the

1 form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply
2 with this order will result in a recommendation that this action be dismissed; and
3     2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
4 Forma Pauperis.
5 Dated:  May 13, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10 4 taylor.ss.inc