Richard A. Whitaker (SBN 58618)
**THE LAW OFFICES OF RICHARD A. WHITAKER**
2480 Hilborn Road, Suite 102
Fairfield, CA 94534
Ph: (707) 427-2237

Attorney for Plaintiff:

**Lau Junita Taylor**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Lau Junita Taylor**, | **Case No.: 2:14-CV-01156-CKD** |
| Plaintiff, | **STIPULATION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT AND/OR REMAND AND ~~PROPOSED~~ ORDER** |
| v. | |
| **CAROLYN W. COLVIN**, Acting Commissioner of Social Security | |
| Defendant. | |

The parties, through counsel, stipulate to a 30-day extension of time in which plaintiff may file her Motion for Summary Judgment and/or Remand of the Commissioner's Final Decision to December 19, 2014.  All remaining deadlines will be extended accordingly.

November 7, 2014

Respectfully submitted,

*/s/ Richard Allen Whitaker*
Richard Allen Whitaker, Esq.
Attorney for Plaintiff

November 7, 2014

Benjamin B. Wagner
United States Attorney

*/s/ Francesco Benavides*
Francesco Benavides
Special Assistant, U.S. Attorney

ORDER

Dated: November 12, 2014

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE